AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### COLUMBIA DIVISION

Sumter County School District 17,

**JUDGMENT IN A CIVIL CASE**

     *Plaintiff,*

  vs.

Case Number:  3:07-1357-JFA

Joseph Heffernan and May Baird, on
behalf of their son, T.H.,

     *Defendants.*

**[X]**    **Decision by Court.**  This action came to hearing before the Court,  Honorable Joseph F. Anderson, Jr., United States District Judge, presiding.  The court having granted the defendants' motion for judgment on the administrative record,

     **IT IS ORDERED AND ADJUDGED** that the decision of the State Reviewing Officer is affirmed.  The plaintiff shall take nothing of the defendants and the District's claims are dismissed with prejudice.

     **IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to 20 U.S.C. § 1415(i)(3)(B), the plaintiffs are awarded reasonable attorneys' fees and costs as the prevailing party under the IDEA.

                   LARRY W.  PROPES, Clerk

                     s/Brian D. Shropshire

By_____

                     Deputy Clerk

July 20, 2009
Columbia, South Carolina