AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### COLUMBIA DIVISION

Sumter County School District 17,

   *Plaintiff,*

  vs.

Joseph Heffernan and May Baird, on
behalf of their son, T.H.,

   *Defendants.*

**AMENDED JUDGMENT
IN A CIVIL CASE**

Case Number:  3:07-1357-JFA

**[X]**   **Decision by Court.**  This action came to hearing before the Court,  Honorable Joseph F. Anderson, Jr., United States District Judge, presiding.  The court having granted the defendants' motion for judgment on the administrative record,

 **IT IS ORDERED AND ADJUDGED** that the decision of the State Reviewing Officer is affirmed.  The plaintiff shall take nothing of the defendants and the District's claims are dismissed with prejudice.

 **IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to 20 U.S.C. § 1415(i)(3)(B), the defendants are awarded reasonable attorneys' fees and costs as the prevailing party under the IDEA.

       LARRY W.  PROPES, Clerk

        s/Brian D. Shropshire
       By_____
        Deputy Clerk

July 20, 2009
Columbia, South Carolina