IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Sumter County School District 17,<br><br>Plaintiff,<br><br>vs.<br><br>Joseph Heffernan and May Baird, on behalf of their son, T.H.<br><br>Defendants. | C.A. No. 3:07-cv-01357-JFA<br><br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff, Sumter County School District 17, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the following order of the District Court entered in this matter:

Order (Dkt. No. 54), entered July 20, 2009, granting Defendants' Motion for Judgment on the Administrative Record (Dkt. No. 35); denying Plaintiff's Motion for Judgment on the Administrative Record (Dkt. No. 36); affirming the decision of the SRO; dismissing the District's claims; awarding, pursuant to 20 U.S.C. § 1415(i)(3)(B), Defendants reasonable attorneys' fees and costs, as the prevailing party under the IDEA; and directing Defendants to submit an affidavit of attorneys fees and bill of costs.

(SIGNATURE BLOCK ON NEXT PAGE)

DUFF, WHITE, & TURNER, LLC

*s/ David T. Duff*
David T. Duff (Fed. I.D. No. 623)
Andrea E. White (Fed. I.D. No. 5620)
Meredith L. Seibert (Fed. I.D. No. 9919)

3700 Forest Dr., Suite 404
P.O. Box 1486
Columbia, SC 29202
(803) 790-0603

dduff@ddtwb.com
awhite@ddtwb.com
mlseibert@ddtwb.com

Attorneys for Sumter County School District 17

August 13, 2009
Columbia, SC