IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Sumter County School District 17, | ) | C/A No.: 3:07-cv-1357-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Joseph A. Heffernan and May L. Baird on behalf of their son, T.H., | ) ) | |
| | ) | |
| Defendants. | ) ) | |

The court, having been advised by counsel for the plaintiff that the above action has settled, hereby orders that this action be dismissed without costs and without prejudice. If settlement is not consummated within a reasonable time, either party may, within 60 days, petition the court to reopen the action and restore it to the calendar. See Fed. R. Civ. P. 60(b)(6). In the alternative, to the extent permitted by law, either party may, within 60 days, petition the court to enforce the settlement. Fairfax Countywide Citizens v. Fairfax County, 571 F.2d 1299 (4th Cir. 1978).

The dismissal hereunder shall be with prejudice if no action is taken under either alternative within 60 days from the filing date of this order.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

July 5, 2011                                                                 Joseph F. Anderson, Jr.
Columbia, South Carolina                                         United States District Judge